```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58994
   SCOTT SWIRE
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-3439


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/15/05 and confirmed on 01/27/06.

   2.  The case was dismissed after confirmation, 10/24/2008.

   3.  The Debtor paid a total of $    8565.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
WACHOVIA MORTGAGE FSB    CURRENT MORTG           .00            .00            .00
FIRST AMERICAN BANK      SECURED                 .00            .00            .00
COMMUNITY TRUST CU       SECURED                 .00            .00            .00
CAPITAL ONE BANK         UNSECURED           1120.92            .00         208.10
CAPITAL ONE BANK         UNSECURED - C       884.31            .00         412.62
CAPITAL ONE BANK         UNSECURED            687.98            .00         127.98
DISCOVER BANK            UNSECURED          13272.05            .00        2474.46
PROVIDIAN                UNSECURED           6228.12            .00        1158.53
BANK ONE/JPM CHASE       UNSECURED           9832.77            .00        1715.24
          Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00     31141.84      884.31      32026.15
PRINCIPAL PAID           .00          .00      5684.31      412.62       6096.93
INTEREST PAID            .00          .00          .00         .00           .00
TOTAL PAID               .00          .00      5684.31      412.62       6096.93
The Debtor's attorney, JOSEPH WROBEL ESQ               , was allowed $   2700.00
and was paid $    556.00   direct and $   2144.00   through the plan.

The Trustee received $    324.07 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 01/30/09                       /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 58994 SCOTT SWIRE